

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2015

No. 04-15-00251-CV

**IN RE HEB GROCERY COMPANY, LP**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

On April 27, 2015, relator HEB Grocery Company, LP filed a petition for writ of mandamus with an emergency motion for temporary stay of discovery deadlines. The court has considered relator's petition, the response filed on behalf of the real party in interest and relator's reply and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

The temporary stay previously issued by this court on April 29, 2015, is LIFTED.

It is so **ORDERED** on October 27, 2015.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-CI-08676, styled *Patricia Rani Spaulding v. HEB, Inc., HEB Grocery Company, LP; HEBCO GP, LLC and HEBCO Partners, Ltd.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.